UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| vs. | ) ) | |
| SHERMAINE EDWARD LEWIS, | ) ) | Case No. 3:23-cr-36-02 |
| Defendant. | ) ) ) | |

**COMES NOW,** Tanya Johnson Martinez, of Martinez Law PLLC., attorney of record for the above-named Defendant, Shermaine Edward Lewis, and hereby submits this motion to withdraw as defense counsel in the above-referenced matter pursuant to N.D. R. Prof. Conduct 1.7 and 1.9 (duty owed to current and former clients).

This motion is based on the following grounds:

a. Upon review of discovery documents, counsel became aware of a conflict of interest between current and former clients which affects counsel's ability to consider, recommend, or carry out a course of action on behalf of a client without adversely affecting the responsibilities owed to current and former clients, including Mr. Lewis.

For the foregoing reasons Tanya Johnson Martinez respectfully requests this Court grant an order allowing her to withdraw as counsel for Mr. Lewis in this case. Mr. Lewis has previously been found eligible for appointed counsel and requests substitute counsel be appointed without delay. No hearing is requested with this motion.

**WHEREFORE,** Tanya Johnson Martinez respectfully requests this Court enter an Order granting this Motion for Withdrawal as Counsel of Record.

Dated: June 6, 2023.

MARTINEZ LAW PLLC

_____
Tanya Johnson Martinez, ND ID#05893
3332 4th Ave. S., Suite 2B
Fargo, North Dakota 58103
Tele: (701) 491-7646
Email: tanya@johnsonmartinezlaw.com
Eservice: service@johnsonmartinezlaw.com
ATTORNEY FOR DEFENDANT